# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: February 2, 2026

```
*  *  *  *  *  *  *  *  *  *  *  *  *
KATHRYN ANN WEEKS,                   *
                                     *
            Petitioner,              *          No. 22-1373V
                                     *
v.                                   *          Special Master Gowen
                                     *
SECRETARY OF HEALTH                  *
AND HUMAN SERVICES,                  *
                                     *
            Respondent.              *
*  *  *  *  *  *  *  *  *  *  *  *  *
```

*Steve Zaloudek,* Maney & Gordon, P.A., Tampa, FL, for petitioner.
*Debra A. Filteau Begley,* U.S. Department of Justice, Washington, D.C., for respondent.

### DECISION ON PROFFER[1]

On September 26, 2022, Kathryn Ann Weeks ("petitioner") filed her petition for compensation in the National Vaccine Injury Compensation Program[2], alleging that the influenza ("flu") vaccine she received on September 29, 2020 caused her develop Guillain-Barre Syndrome ("GBS").  Petition (ECF No. 1).  On July 13, 2023, a Ruling on Entitlement was issued after respondent conceded that petitioner's claim met the Table criteria for GBS.  Ruling on Entitlement (ECF No. 19).

On February 2, 2026, respondent filed a Proffer on an award of compensation, which indicates petitioner's agreement to compensation on the terms set forth therein.   Proffer (ECF No. 49).  I have reviewed the Proffer and award damages in accord with it.  The Proffer is attached here to as Appendix A.

---

[1] Pursuant to the E-Government Act of 2002, see 44 U.S.C. § 3501 note (2012), **because this opinion contains a reasoned explanation for the action in this case, I intend to post it on the website of the United States Court of Federal Claims.**  The Court's website is at http://www.uscfc.uscourts.gov/aggregator/sources/7.  Before the opinion is posted on the Court's website, each party has 14 days to file a motion requesting redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes  medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of  privacy."  Vaccine Rule 18(b).  An objecting party must provide the Court with a proposed redacted version of the opinion.  *Id.*  **If neither party files a motion for redaction within 14 days, the opinion  will be posted on the Court's website without any changes.**  *Id.*

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to 34 (2012) (hereinafter "Vaccine Act" or "the Act").  Hereinafter, individual section references will be to 42 U.S.C. § 300aa of the Act.

Consistent with the terms in the attached Proffer, I hereby award the following in compensation for damages:

**A) A lump sum payment of $150,000.00 to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner, Kathryn Ann Weeks.**

**These amounts represent all elements of compensation to which petitioner is entitled under 42 U.S.C. §300aa-15(a).**

The Clerk of the Court is directed to **ENTER JUDGMENT** in accordance with this decision. [3]

**IT IS SO ORDERED.**

**s/Thomas L. Gowen**
Thomas L. Gowen
Special Master

---

[3] Entry of judgment is expedited by each party's filing notice renouncing the right to seek review.  Vaccine Rule 11(a).

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

```
************************************
KATHRYN ANN WEEKS,                 *
                                   *      No. 22-1373V
                 Petitioner,       *      Special Master Gowen
v.                                 *      ECF
                                   *
SECRETARY OF HEALTH AND            *
HUMAN SERVICES,                    *
                                   *
                 Respondent.       *
************************************
```

**PROFFER ON AWARD OF COMPENSATION[1]**

On September 26, 2022, Kathryn Ann Weeks ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), as amended, alleging that she developed Guillain-Barré Syndrome ("GBS") following an influenza ("flu") vaccination she received on September 29, 2020.  Petition at 1 (ECF No. 1).  On July 11, 2023, the Secretary of Health and Human Services ("respondent") filed his Rule 4(c) Report indicating that this case is appropriate for compensation under the terms of the Act for a GBS Table injury.  ECF No. 18.  On July 13, 2023, the Chief Special Master issued a Ruling on Entitlement finding that petitioner is entitled to vaccine compensation.[2]  ECF No. 19.

I.      **Items of Compensation**

Based on the evidence of record, respondent proffers that petitioner should be awarded $150,000.00 in pain and suffering.  *See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

---

[1] This Proffer does not include attorneys' fees and costs, which the parties intend to address after the Damages Decision is issued.

[2] This case was subsequently transferred to Special Master Thomas Gowen on May 7, 2024. ECF No. 29.

This amount represents all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

## II.    Form of the Award/Recommended Payment

The parties recommend that the compensation provided to petitioner should be made through one lump sum payment as described below and request that the Special Master's decision and the Court's judgment award the following:[3]

A lump sum payment of **$150,000.00** to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner, Kathryn Ann Weeks.

Petitioner is a competent adult.  Proof of guardianship is not required in this case.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JONATHAN D. GUYNN
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

JULIA M. COLLISON
Assistant Director
Torts Branch, Civil Division

---

[3]  Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

*/s/ Debra A. Filteau Begley*
DEBRA A. FILTEAU BEGLEY
Senior Trial Attorney
Torts Branch, Civil Division
U. S. Department of Justice
P.O. Box l46, Benjamin Franklin Station
Washington, D.C.  20044-0146
Direct dial: (202) 616-4181
debra.begley@usdoj.gov

Dated: <u>February 2, 2026</u>

3